CLARA ZALEWITZ, as Administratrix of the Estate of ABRAHAM ZALE- WITZ, Deceased, Respondent-Appellant, v. HENRY GREIFINGER et al., Defend- ants, LEON KURIE, Appellant-Respondent, and CHARLES L. ENGELSHER, Appellant.—

No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Steuer, JJ.